# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **RICARDO MAISONET MENDEZ, and ANTHONY BURNS, Individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DCOMM, INC.**<br><br>**Defendant.** | Case No. 1:22-cv-00490 |

## ORDER

The Court, having considered the Parties Joint Stipulation of Dismissal with Prejudice (ECF No. 43) hereby DISMISSES the above action WITH PREJUDICE to the refiling of the same. The Clerk of court is directed to close the case.

SIGNED on this 28th day of February, 2024.

_____
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE